Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other than Assigned Judge | M. David Weisman |
|---|---|---|---|
| CASE NUMBER | 14 GJ 393 | DATE | FEBRUARY 24, 2021 |
| CASE TITLE | U.S. v. EDWARD ACEVEDO | | JUDGE KENNELLY<br>MAGISTRATE JUDGE MCSHAIN |

DOCKET ENTRY TEXT

## Grand Jury Proceeding

The Grand Jury for SPECIAL JANUARY 2019 the Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge  *M. David Weisman*

TO SET PRELIMINARY BAIL AT $10,000 AND THAT DEFENDANT BE ALLOWED TO SIGN OWN RECOGNIZANCE BOND.

SIGNATURE OF JUDGE _____ (ONLY IF FILED
or MAGISTRATE JUDGE                    UNDER SEAL)

Courtroom Deputy Initials: AO


FILED
2/24/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

CRL

Page 1 of 1